IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREEN, | No. C 17-3466 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| OFFICER HATHAWAY; OFFICER ATKURS; SERGEANT A. SMITH; SERGEANT V. YATES; WARDEN SPEARMEN, | (Dkt. No. 2) |
| Defendants. | |

Plaintiff is an inmate at Salinas Valley State Prison. The complaint asserts claims under 42 U.S.C 1983 against a employees at High Desert State Prison in Susanville, California, alleging that they violated his rights. Susanville, where the two individual defendants are located and the events giving rise to the complaint took place, lies within the venue of the United States District Court for the Eastern District of California. 28 U.S.C. 84(b). As a result, the proper venue for this civil rights action is the Eastern District of California. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July   24   , 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE